UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2012

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 13-cr-231 |
| | : | |
| v. | : | |
| | : | GRAND JURY ORIGINAL |
| HERMAN CURTIS MALONE, | : | |
| also known as "Curtis Herman," | : | 21 U.S.C. § 846 |
| also known as "Herman Malone," | : | (Conspiracy to Distribute and Possess |
| also known as "White Boy," | : | with Intent to Distribute One Hundred |
| also known as "Daddy," | : | Grams or More of Heroin and Five |
| also known as "Curt," | : | Hundred Grams or More of Cocaine) |
| MICAH JERRY BIDGELL, | : | 18 U.S.C. § 924(c)(1) |
| also known as "Mike BJ," | : | (Using, Carrying and Possessing a |
| also known as "Michael BJ, | : | Firearm During a Drug Trafficking |
| STEPHEN WILLIAMS, | : | Offense) |
| DERICO DITRIMIS WILLIAMS, | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| CLARENCE THOMAS REDD, and | : | (Unlawful Distribution of Heroin) |
| MAURICE ROBINSON, | : | |
| | : | FORFEITURE:  21 U.S.C. § 853(a), (p) |
| | : | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) |
| Defendants. | | |

**I N D I C T M E N T**

The Grand Jury charges that:

COUNT ONE

From at least on or about August 2012, up to and including on or about August 9, 2013, within the District of Columbia and elsewhere, defendants **HERMAN CURTIS MALONE**, also known as "Curtis Herman," also known as "Herman Malone," also known as  "White Boy," also known as "Daddy," and also known as "Curt;" **MICAH JERRY BIDGELL**, also known as "Mike BJ," and also known as "Michael BJ;" **STEPHEN WILLIAMS**; **DERICO DITRIMIS WILLIAMS**; **CLARENCE THOMAS REDD**; and **MAURICE ROBINSON** did knowingly and willfully combine, conspire, confederate and agree together, and with other persons both

known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance and the said mixture or substance was one hundred grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); and a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance and the said mixture or substance was five hundred grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

(**Conspiracy to Distribute and Possess with Intent to Distribute One Hundred Grams or More of Heroin and Five Hundred Grams or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about August 9, 2013, within the District of Columbia, **HERMAN CURTIS MALONE**, also known as "Curtis Herman," also known as "Herman Malone," also known as "White Boy," also known as "Daddy," and also known as "Curt," did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, that is, a Smith and Wesson, .40 caliber semi-automatic handgun.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT THREE

On or about August 9, 2013, within the District of Columbia, **STEPHEN WILLIAMS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance

of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, that is, a Smith and Wesson, .40 caliber semi-automatic handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

### COUNT FOUR

On or about August 24, 2012, within the District of Columbia, **CLARENCE REDD** did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

> (**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense.  The United States will also seek a forfeiture money judgment equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense.  The United States will also seek a forfeiture money judgment equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense.

2. Upon conviction of the offenses alleged in Counts Two and Three of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States

Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, included but not limited to two Smith and Wesson .40 caliber handguns, and .40 caliber ammunition.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21 United States Code, Section 853(p).

> (**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p), Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

4