UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 13-cr-231 (ESH) |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| HERMAN CURTIS MALONE, | : | 21 U.S.C. § 846 |
| also known as "Curtis Herman," | : | (Conspiracy to Distribute and Possess |
| also known as "Herman Malone," | : | with Intent to Distribute One Hundred |
| also known as "White Boy," | : | Grams or More of Heroin and Five |
| also known as "Daddy," | : | Kilograms or More of Cocaine) |
| also known as "Curt," | : | 18 U.S.C. § 924(c)(1) |
| MICAH JERRY BIDGELL, | : | (Using, Carrying and Possessing a |
| also known as "Mike BJ," | : | Firearm During a Drug Trafficking |
| also known as "Michael BJ," | : | Offense) |
| STEPHEN WILLIAMS, | : | 18 U.S.C. § 922(g)(1) |
| DERICO DITRIMIS WILLIAMS, | : | (Unlawful Possession of a Firearm |
| CLARENCE THOMAS REDD, and | : | by a Person Convicted of a Crime |
| MAURICE ROBINSON, | : | Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| Defendants. | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Distribution of Heroin) |
| | : | |
| | : | FORFEITURE: 21 U.S.C. § 853(a), (p) |
| | : | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

1. From at least on or about August 2012, up to and including on or about August 10, 2013, within the District of Columbia and elsewhere, defendants **HERMAN CURTIS MALONE**, also known as "Curtis Herman," also known as "Herman Malone," also known as "White Boy," also known as "Daddy," and also known as "Curt;" **MICAH JERRY BIDGELL**, also known as "Mike BJ," and also known as "Michael BJ;" **STEPHEN WILLIAMS**;

**DERICO DITRIMIS WILLIAMS**; **CLARENCE THOMAS REDD**; and **MAURICE ROBINSON** did knowingly and willfully combine, conspire, confederate and agree together, and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); and a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

      2.      <u>Quantity of Heroin and Cocaine Involved in the Conspiracy</u>:

With respect to defendant **HERMAN CURTIS MALONE**, also known as "Curtis Herman," also known as "Herman Malone," also known as "White Boy," also known as "Daddy," and also known as "Curt," his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count I, involved 100 grams or more of mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); and involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

With respect to defendant **MICAH JERRY BIDGELL**, also known as "Mike BJ," and also known as "Michael BJ," his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count I, involved 100 grams or more of mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i);

and involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

With respect to defendant **STEPHEN WILLIAMS**, his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count I, involved a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

With respect to defendant **DERICO DITRIMIS WILLIAMS**, his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count I, involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

With respect to defendant **CLARENCE THOMAS REDD**, his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count I, involved a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **MAURICE ROBINSON**, his conduct as a member of the narcotics conspiracy charged in Count I, which includes the reasonably foreseeable conduct of

other members of the narcotics conspiracy charged in Count I, involved a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

> (**Conspiracy to Distribute and Possess with Intent to Distribute One Hundred Grams or More of Heroin and Five Kilograms or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

### COUNT TWO

On or about August 9, 2013, within the District of Columbia, **HERMAN CURTIS MALONE**, also known as "Curtis Herman," also known as "Herman Malone," also known as "White Boy," also known as "Daddy," and also known as "Curt," did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, that is, a Smith and Wesson, .40 caliber semi-automatic handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

### COUNT THREE

On or about August 10, 2013, within the District of Columbia, **MICAH JERRY BIDGELL**, also known as "Mike BJ," and also known as "Michael BJ," did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, firearms, namely, a Desert Eagle .44 caliber semi-automatic handgun (Serial No. 39200652), a Desert Eagle .44 caliber semi-automatic

handgun (Serial No. 30203220), a Kimber Customs .40 caliber semi-automatic handgun (Serial No. K240902), and a Springfield Arms .40 caliber semi-automatic handgun (Serial No. US463187).

    (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about August 9, 2013, within the District of Columbia, **STEPHEN WILLIAMS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, that is, a Smith and Wesson, .40 caliber semi-automatic handgun.

    (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FIVE

On or about August 9, 2013, within the District of Columbia, **STEPHEN WILLIAMS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2003-FEL-001834, did unlawfully and knowingly receive and possess a firearm, that is, a Smith and Wesson, .40 caliber semi-automatic handgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

    (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT SIX**

On or about August 24, 2012, within the District of Columbia, **MICAH JERRY BIDGELL**, also known as "Mike BJ," and also known as "Michael BJ," and **CLARENCE REDD** did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

**FORFEITURE ALLEGATION**

1. Upon conviction of the offense alleged in Count One, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The United States will also seek a forfeiture money judgment equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The United States will also seek a forfeiture money judgment equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense.

2. Upon conviction of the offenses alleged in Counts Two, Three, Four, and Five of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to two Smith and Wesson .40 caliber handguns, and .40 caliber ammunition, and two

Desert Eagle .44 caliber handguns, a Kimber Customs .40 caliber handgun, and a Springfield Arms .40 caliber handgun.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21 United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p), Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.